IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CURTIS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 14-0786 |
| | : | |
| JOHN WETZEL, et al., | : | |
| Defendants | : | |

# **O R D E R**

**AND NOW,** this   28th   day of August, 2015, upon consideration of the motion to dismiss filed by Defendants Wetzel, Klopotoski, and Wenerowicz (Document #16); the motion to dismiss filed by Defendants Lewis and Shaylor (Document #17); and the plaintiff's responses thereto (Document #28 and 29), IT IS HEREBY ORDERED that:

1. The motions to dismiss are GRANTED in their entirety.

2. The five moving defendants are DISMISSED from this action.

3. Count Two is DISMISSED in its entirety.

4. The claims in Counts One and Three against all remaining defendants in their official capacities are DISMISSED.  The claims against them in their individual capacities shall proceed.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.