IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CURTIS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 14-0786 |
| | : | |
| JOHN WETZEL, et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this   29th   day of March, 2017, upon consideration of the defendants' motion for summary judgment (Document #100), the plaintiff's cross-motion for summary judgment (Document #106), and the exhibits and responses thereto, IT IS HEREBY ORDERED that:

1. The defendants' motion is GRANTED in its entirety.

2. The plaintiff's cross-motion is DENIED in its entirety.

3. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is hereby ENTERED on behalf of the defendants and against the plaintiff.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.