IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CURTIS,<br>    Plaintiff, | : | CIVIL ACTION<br>No. 14-786 |
| v. | : | |
| JOHN WETZEL, et al.,<br>    Defendants. | : | |

## ORDER

**AND NOW**, this **3rd** day of **October 2023**, upon consideration of Plaintiff William Curtis' Motion for Relief of Order Pursuant to Rule 60 (ECF 228), which also seeks to submit evidence pursuant to Federal Rule of Evidence 401, and Defendants' Response (ECF 236), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that Plaintiff's Motion (ECF 228) is **DENIED**.

It is **FURTHER ORDERED** that

1. Plaintiff's Motion for an Order of Remand for Further Proceedings (ECF 237) is **DENIED as moot** because the Court has now decided his Motion seeking relief under Rule 60 consistent with the Third Circuit's August 16, 2023 Order. (ECF 235); and

2. Plaintiff's Motion (ECF 238) seeking an extension of time to file a reply to his Rule 60 Motion is **DENIED**.

BY THE COURT:

_____
Berle M. Schiller, J.